UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LARRY McLAUGHLIN,

    Petitioner,

    v.

BEN CURRY, warden,

    Respondent.
                                      /

No. C 08-5599 SI (pr)

**ORDER PERMITTING SUPPLEMENTAL BRIEFS**

    A recent en banc decision from the Ninth Circuit addressed important issues relating to federal review of parole decisions, Hayward v Marshall, No. 06-55392, 2010 WL 1664977 (9th Cir. April 22, 2010) (en banc). The court will provide each party an opportunity to submit a supplemental brief (not to exceed **15 pages** in length) explaining his views of how the Hayward en banc decision applies to this parole denial habeas case. The court sets the following schedule:

    1.    No later than **May 10, 2010**, respondent must send to petitioner a copy of the Hayward en banc decision.

    2.    No later than **May 28, 2010**, respondent must file and serve any supplemental brief on the impact of Hayward on this action.

    3.    No later than **July 2, 2010**, petitioner must file and serve any supplemental brief on the impact of Hayward on this action.

    IT IS SO ORDERED.

DATED: April 27, 2010

                                          SUSAN ILLSTON
                                      United States District Judge