**United States District Court**
For the Northern District of California

1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                  NORTHERN DISTRICT OF CALIFORNIA

8

9   LARRY McLAUGHLIN,                           No. C 08-5599 SI (pr)

10              Petitioner,                      **JUDGMENT**

11       v.

12   BEN CURRY, warden,

13              Respondent.
                                          /
14

15

16       The petition for writ of habeas corpus is denied on the merits.

17

18       IT IS SO ORDERED AND ADJUDGED.

19

20   DATED: September 29, 2010

21                                          SUSAN ILLSTON
                                         United States District Judge
22

23

24

25

26

27

28